UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRYAN HENNING,

      Plaintiff,

v.                                                     Case No: 6:15-cv-1518-Orl-41DAB

JENNIFER WING, A. CLARKE, CITY
OF ORLANDO and JOHNSON'S
WRECKER SERVICE INC,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on *pro se* Plaintiff's amended Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 6), which the Court construes as a motion to proceed *in forma pauperis*. United States Magistrate Judge David A. Baker submitted a Report and Recommendation (the "R&R," Doc. 9), which recommends that the motion be granted in part and denied in part. Particularly, the R&R recommends denial of the request to proceed without prepaying the filing fee but, instead, recommends a payment plan, wherein Plaintiff would pay $75.00 per month until the filing fee is paid in full. (*Id.* at 6–7). Plaintiff objected to the recommendation. (*See* Pl.'s Obj., Doc. 10).

For the reasons stated by the Honorable Anne C. Conway in *Henning v. Versaggi*, No. 6:15-cv-830-Orl-22DAB (M.D. Fla. Apr. 19, 2016) (Doc. 31), and the Honorable Paul G. Byron in *Henning v. Walmart Stores, Inc.*, No. 6:15-cv-1648-Orl-40DAB (M.D. Fla. Apr. 27, 2016) (Doc. 11), it is **ORDERED** and **ADJUDGED** as follows:

    1. Plaintiff's Objection to the Report and Recommendation (Doc. 10) is **SUSTAINED**.

2. The Report and Recommendation (Doc. 9) is **ADOPTED in part** and **REJECTED in part**.

3. Plaintiff's amended Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 6) is **GRANTED**.

4. The Clerk of Court is directed to mail a summons and Marshal 285 form to Plaintiff for completion.

5. Plaintiff shall return the completed summonses and Marshal 285 forms to the Clerk of Court within **fifteen days of mailing**; Plaintiff shall provide the Clerk of Court with four copies of the Complaint (Doc. 1) to be served on Defendants. Failure to comply with any of the above may result in dismissal of this case without prejudice.

6. The Clerk of Court is directed to provide the completed summonses and Marshal 285 forms, copies of the Complaint, and copies of this Order to the United States Marshal Service.

7. The United States Marshal Service is directed to serve process and a copy of this Order on Defendants without cost to Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on May 2, 2016.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party